DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
MEGHAN K. HIGGINS, State Bar #235685
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3896
Facsimile:    (415) 554-3837
E-Mail:       meghan.higgins@sfgov.org

Attorneys for Defendant
San Francisco Police Department

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON KING, | Case No. CV10-1979 RS |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, et al., | Hearing Date:   September 23, 2010<br>Time:           10:00 a.m.<br>Place:          Courtroom 3, 17th Floor |
| Defendants. | Trial Date:     None Set |

The parties are set for a Case Management Conference on September 23, 2010 at 10:00 a.m. Both defendants have filed motions to dismiss, which have been set for hearing on September 30, 2010 at 1:30 p.m. The parties have agreed that the Case Management Conference should be continued until after the Court rules on the motions to dismiss. Accordingly, the parties jointly request and stipulate that the Case Management Conference be continued to Thursday, October 28, 2010, or some date thereafter convenient for the Court.

///

| | |
|---|---|
| Dated:  September 16, 2010 | DENNIS J. HERRERA<br>City Attorney<br>JOANNE HOEPER<br>Chief Trial Deputy<br>MEGHAN K. HIGGINS<br>Deputy City Attorneys |
| | By: */s/ Meghan K. Higgins*<br>     MEGHAN K. HIGGINS<br><br>Attorneys for Defendant<br>SAN FRANCISCO POLICE DEPARTMENT |
| Dated:  September 14, 2010 | Stubbs & Leone |
| | By:_____<br>     LOUIS A. LEONE, ESQ.<br>     JENNIFER N. LOGUE, ESQ.<br><br>Attorneys for Defendant<br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT |
| Dated:  September 16, 2010 | AARON KING |
| | By: */s/ Aaron King\**<br>     AARON KING<br><br>Plaintiff In Pro Per<br><br>*Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document. |

**ORDER**

The Case Management Conference currently set for September 23, 2010 at 10:00 a.m. is continued to ~~October 28, 2010 at 10:00 a.m~~.  January 6, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   9/17/10

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE