1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  MEGHAN K. HIGGINS, State Bar #235685
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3896
6  Facsimile:    (415) 554-3837
   E-Mail:       meghan.higgins@sfgov.org
7

8  Attorneys for Defendant
   SAN FRANCISCO POLICE DEPARTMENT
9

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  AARON KING,                          Case No. CV10-1979 RS

14          Plaintiff,                   [PROPOSED] ORDER GRANTING
                                         ADMINISTRATIVE MOTION TO CONTINUE
15      vs.                              CASE MANAGEMENT CONFERENCE
                                         AS MODIFIED BY THE COURT
16  SAN FRANCISCO COMMUNITY              Current Hearing Date: January 6, 2011
    COLLEGE DISTRICT, et al.,            Time:                 10:00 a.m.
17                                       Place:                Crtrm. 3, 17th Fl.
           Defendants.
18                                       Trial Date:           Not Set

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Continuing CMC            1                    n:\lit\li2010\110103\00671376.doc
CV10-1979 RS

**ORDER**

The Case Management Conference currently set for January 6, 2011 at 10:00 a.m. is continued to ~~January 20,~~ February 24, 2011 at 10:00 a.m.

IT IS SO ORDERED.

Dated: 12/29/10

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE